F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, | CASE NO: 2:14-cv-01549-TLN-DAD |
| Plaintiff, | CORRECTED[1] STIPULATION REQUESTING TO SEAL DOCUMENTS AND CHANGE CASE CAPTION AND ORDER |
| vs. | |
| K.H., J.H., and R.H., | |
| Defendants. | |

WHEREAS, on June 30, 2013, Plaintiff Sacramento City Unified School District filed its "Complaint for Partial Reversal of Administrative Hearing Decision Pursuant to 20 U.S.C. § 1415(i)(2)(A)."  (ECF Doc. 1).

WHEREAS, the case caption identified R.H.'s parents by first and last name.

WHEREAS, the details of the appeal necessarily involve issues of a personal and sensitive nature concerning R.H.

WHEREAS, the Parties agree that the interest in maintaining R.H.'s confidentiality outweighs any countervailing interest that would be served by including her parent's full names in the case caption.

---

[1] An incorrect version of this Stipulation was inadvertently filed on July 31, 2014.  Pursuant to the Joint Notice of Errata submitted concurrently herewith, the Parties respectfully request that the Court disregard the incorrect version, and refer instead to this version.

1  WHEREFORE, the Parties request the original complaint (ECF Doc. 1) be placed under seal by the Clerk and not made part of the public record.

WHEREFORE, the Parties request that the case caption be changed to "Sacramento City Unified School District v. K.H., J.H., and R.H."

Dated:      July 31, 2014            **RUDERMAN & KNOX**

                                     ___/S/ COLLEEN A. SNYDER_____
                                     COLLEEN A. SNYDER
                                     Attorney for Defendants

Dated:      July 31, 2014            **LOZANO SMITH**

                                     ___/S/ DANIEL A. OSHER_____
                                     Daniel A. Osher
                                     Attorney for Plaintiff

              IT IS SO ORDERED.

Dated: July 31, 2014

                                     _____
                                     Troy L. Nunley
                                     United States District Judge