F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>K.H., J.H., and R.H.,<br><br>Defendants. | CASE NO: 2:14-cv-01549-TLN-DAD<br><br>**AMENDED CORRECTED STIPULATION REQUESTING TO SEAL DOCUMENTS AND CHANGE CASE CAPTION AND ORDER** |

WHEREAS, on June 30, 2013, Plaintiff Sacramento City Unified School District filed its "Complaint for Partial Reversal of Administrative Hearing Decision Pursuant to 20 U.S.C. § 1415(i)(2)(A)."  (ECF Doc. 1).

WHEREAS, the case caption identified R.H.'s parents by first and last name.

WHEREAS, the details of the appeal necessarily involve issues of a personal and sensitive nature concerning R.H.

WHEREAS, the Parties agree that the interest in maintaining R.H.'s confidentiality outweighs any countervailing interest that would be served by including her parent's full names in the case caption.

WHEREAS, on July 31, 2014, the Parties filed the "Corrected Stipulation Requesting to Seal Documents and Change Case Caption and [Proposed] Order." (ECF Doc. 8).

1  WHEREAS, that stipulation only requested ECF Document 1 to be sealed, though ECF Documents 2 through 5 also contain the same case caption as ECF Document 1 that identifies R.H.'s parents by first and last name.

WHEREFORE, the Parties hereby file this amended request for ECF Documents 2 through 5, in addition to ECF Document 1, to be placed under seal by the Clerk and not made part of the public record.

Dated:            August 6, 2014            **RUDERMAN & KNOX**

                                                                      /S/ COLLEEN A. SNYDER
COLLEEN A. SNYDER
Attorney for Defendants

Dated:            August 6, 2014            **LOZANO SMITH**

                                                                      /S/ DANIEL A. OSHER
DANIEL A. OSHER
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: August 7, 2014

_____
Troy L. Nunley
United States District Judge