F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: 916-563-0100
Facsimile:  916-563-0114

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>             Plaintiff,<br><br>      v.<br><br>K.H., J.H., and R.H.,<br><br>             Defendants. | Case No. 2:14-CV-01549-TLN-DAD<br><br>**ORDER APPOINTING GUARDIANS AD LITEM** |
| R.H., by and through her Guardians ad Litem, J.H. and K.H., and J.H. and K.H., Individually,<br><br>             Counterclaimants,<br><br>      v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>             Counterclaim Defendant. | |

The Petition for an Order Appointing K.H. and J.H. as guardians ad litem for R.H. is hereby GRANTED.

Dated: September 15, 2014

_____            _____
                                                                                         Troy L. Nunley
                                                                                         United States District Judge