F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281378)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Defendants

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>K.H., J.H., and R.H.,<br><br>　　　　　　Defendants. | CASE NO: 2:14-cv-01549-TLN-DAD<br><br>**STIPULATION REQUESTING TO SEAL ADMINISTRATIVE RECORD; ORDER** |
| J.H., by and through her Guardians ad Litem, J.H. and K.H., and J.H. and K.H., Individually,<br><br>　　　　　　Counterclaimants,<br><br>vs.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Counterclaim Defendant. | |

　　　　WHEREAS, on January 27, 2015, Plaintiff Sacramento City Unified School District filed its "Notice of Lodging of Record." (ECF Doc. 17).

　　　　WHEREAS, the administrative record of the underlying due process hearing was thereby lodged in the above-entitled court, pages 1 through 3586.

　　　　WHEREAS, the administrative record contains information which could be used to identify Defendants and Counterclaimants.

WHEREAS, the details of this case necessarily involve issues of a personal and sensitive nature concerning R.H. and the interest in maintaining R.H.'s confidentiality outweighs any countervailing interest that would be served by allowing the administrative record to be accessible to the public.

WHEREFORE, the Parties hereby stipulate and request that the administrative record, in its entirety, should be placed under seal by the Clerk and not made part of the public record.

Dated: February 2, 2015　　**RUDERMAN & KNOX, LLP**

　/S/ COLLEEN A. SNYDER
COLLEEN A. SNYDER
Attorney for Defendants and
Counterclaimants R.H., J.H., and K.H.

Dated: February 2, 2015　　**LOZANO SMITH**

　/S/ DANIEL A. OSHER
Daniel A. Osher
Attorney for Plaintiff and Counterclaim Defendant
Sacramento City Unified School District

IT IS SO ORDERED.

Dated: February 3, 2015

Troy L. Nunley
United States District Judge