**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>          Plaintiff,<br><br>     v.<br><br>R.H., by and through her Guardians ad litem, J.H. and K.H., and J.H. and K.H., Individually,<br><br>          Defendants, | No.  2:14-cv-01549-TLN-DB<br><br>**JUDGMENT ON IDEA CLAIMS** |
| R.H., by and through her Guardians ad litem, J.H. and K.H., and J.H. and K.H., Individually,<br><br>          Counterclaimants,<br><br>     v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>          Counterclaim Defendants. | |

1

The Court's Opinion dated October 7, 2016 (ECF Doc. 32) disposed of the parties' respective claim and counter-claims under the Individuals with Disabilities Education Act ("IDEA") in the favor of Defendants/Counterclaimants R.H. et al. ("Defendants/Counterclaimants").  Said disposition affirmed those parts of the underlying May 23, 2014 decision in California Office of Administrative Hearing ("OAH") Case No. 2013100405 at issue in this litigation.

Although Defendants/Counterclaimants' counterclaims against Plaintiff/Defendant Sacramento City Unified School District ("Plaintiff") under Section 504 remain at issue, there is no just reason for delay of judgment on the IDEA causes of action.

Based upon the Court's October 7, 2016 opinion, Plaintiff does not oppose the terms of this Proposed Judgment and has agreed not to appeal the Proposed Judgment if entered as proposed.

Upon Plaintiff's satisfaction of the Judgment, the Parties have agreed to execute a stipulation pursuant to Rule 41 of the Federal Rules of Civil Procedure, dismissing the remaining 504 claims in this matter with prejudice.

Now therefore, it is ORDERED, that:

1. Defendants/Counterclaimants are the prevailing party with respect to both Plaintiff's claim under IDEA and Defendants/Counterclaimant's first cause of action under the IDEA;

2. Defendants/Counterclaimants were the prevailing party on Issues 1(a) and 1(b) in the underlying administrative decision in OAH Case No. 2013100405, which also arose under the IDEA;

3. Defendants/Counterclaimants are entitled to reimbursement of their costs associated with R.H.'s placement at Falcon Ridge, as ordered by the Administrative Law Judge in the underlying administrative decision in OAH Case No. 2013100405;

4. That based upon the above, Defendants/Counterclaimants are entitled to reasonable attorneys' fees and costs incurred in connection both with the underlying administrative action and this action.

Having reviewed the attached Declaration of Colleen Snyder and exhibits evidencing proof of payment by Defendants/Counterclaimants J.H. and K.H., and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED AND ADJUDGED, that:

1) The Clerk of Court shall release the deposit made to the Court by Plaintiff on July 2, 2014, in the amount of $111,368.75. The deposit shall be released to Defendants/Counterclaimants, R.H., J.H. and K.H. through their attorneys Rudman & Knox, LLP, to be applied toward satisfaction of the Judgment;

2) Within thirty (30) days of the release of the funds by the Court, Plaintiff shall:

   a. Reimburse Defendant/Counterclaimant K.H. in the amount of $45,400, for the cost of tuition and travel associated with R.H.'s placement during the 2013-2014 school year, including extended school year;

   b. Reimburse Defendant/Counterclaimant J.H. in the amount of $45,946, for the cost of tuition and travel associated with R.H.'s placement during the 2013-2014 school year, including extended school year;

   c. Pay Defendant/Counterclaimant K.H. interest in the amount of $3,105.04; and

   d. Pay Defendants/Counterclaimants' reasonable attorneys' fees and costs associated with the underlying administrative proceeding before OAH and this action, in the amount of $152,500, to Ruderman & Knox, LLP.

IT IS SO ORDERED.

Dated: February 22, 2017

Troy L. Nunley
United States District Judge

3