F. Richard Ruderman (SB No. 142226)
rick@rudermanknox.com
Colleen A. Snyder (SB No. 274064)
colleen@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Defendants/Counterclaimants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>R.H., by and through her Guardians ad litem, J.H. and K.H., and J.H. and K.H., Individually,<br><br>Defendants, | CASE NO: 2:14-CV-01549-TLN-DB<br><br>**STIPULATION TO DISMISSAL OF SECTION 504 COUNTERCLAIMS; AND JUDGMENT**<br><br>Judge:    Hon. Troy L. Nunley |
| R.H., by and through her Guardians ad litem, J.H. and K.H., and J.H. and K.H., Individually,<br><br>Counterclaimants,<br><br>vs.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Counterclaim Defendants. | |

PLEASE TAKE NOTICE that Plaintiff/Counterclaim Defendant Sacramento City Unified School District ("the District") and Defendants/Counterclaimants R.H., by and through her Guardians ad Litem, J.H. and K.H., and J.H. and K.H., Individually, ("Parents"), hereby agree and stipulate to dismissal of the remaining issues and all remaining claims in the above-captioned case, including specifically Parents' counterclaims under Section 504 of the Rehabilitation Act of 1973. The Court previously entered judgment on the IDEA claims in this matter on February 22, 2017.

Therefore, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the District and Parents hereby jointly request that the case be dismissed with prejudice.

Dated: May __, 2017      **RUDERMAN & KNOX, LLP**

/s/
COLLEEN A. SNYDER
Attorney for Defendants and
Counterclaimants K.H., J.H., and R.H.,
by and through her Guardians ad Litem

Dated: May 2, 2017      **LOZANO SMITH**

/s/
SLOAN R. SIMMONS
Attorney for Plaintiff and
Counterclaim Defendant Sacramento City Unified
School District

**ORDER**

Pursuant to the parties' foregoing stipulation and GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that this case be dismissed with prejudice.

IT IS SO ORDERED.

Date: May 5, 2017

Troy L. Nunley
United States District Judge

STIPULATION TO DISMISSAL OF SECTION 504 COUNTERCLAIMS;
& ORDER
Case No. 2:14-cv-01549-TLN-DB                3